

| | |
|---|---|
| STATE OF TEXAS | § § § |
| COUNTY OF TRAVIS | |

## CERTIFIED COPY OF PUBLIC RECORDS

**CHARGING PARTY:** Laura Cornett
**RESPONDENT:** United Airlines, Inc
**EEOC Charge No.:** 451-2017-01817

I, Elsa Guerrero, Assistant Disclosure Officer for the Texas Workforce Commission (Commission), an administrative agency of the State of Texas, hereby certify that the Commission has conducted a diligent search for records maintained by the Texas Workforce Commission Civil Rights Division regarding the above referenced charging party.

I further certify that the documents attached hereto are true and correct copies of documents located as a result of this search and that these documents consist of official records or reports, or entries therein, or if documents authorized by law to be recorded or filed and actually recorded or filed in a public office.

Witness my hand and the official seal of the Texas Workforce Commission, in Austin, Texas on August 22, 2018.

Elsa Guerrero
Assistant Disclosure Officer
Texas Workforce Commission

**Exhibit C**

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| TO: **Texas Workforce Commission Civil Rights Division**<br>**101 East 15th St**<br>**Guadalupe-CRD**<br>**Austin, TX 78778** | Date **May 12, 2017**<br>EEOC Charge No.<br>**451-2017-01817**<br>**(UNPERFECTED)** |
| **TWC CRD** | FEPA Charge No. |

CHARGE TRANSMITTAL       MAY 24 2017

SUBJECT:

| **Laura Cornett** | v. | **UNITED AIRLINES** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC   ☐ _____  on **May 10, 2017**
                    *Name of FEPA*                    *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver        ☐ FEPA waives

☐ No waiver requested           ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name and Title of EEOC or FEPA Official<br>**Travis G. Hicks, Director** | Signature/Initials *Travis G. Hicks* |
|---|---|

| **Laura Cornett** | v. | **UNITED AIRLINES** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☒ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name and Title of EEOC or FEPA Official<br>**Lowell Keig, Director** | Signature/Initials |
|---|---|

| | |
|---|---|
| TO: **San Antonio Field Office**<br>**5410 Fredericksburg Rd**<br>**Suite 200**<br>**San Antonio, TX 78229** | Date  MAY 24 2017<br>EEOC Charge No.<br>**451-2017-01817**<br>FEPA Charge No. |

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: **Texas Workforce Commission Civil Rights Division**
**101 East 15th St**
**Guadalupe-CRD**
**Austin, TX 78778**

Date **May 19, 2017**
EEOC Charge No.
**451-2017-01817**

**TWC CRD**
**MAY 24 2017**

FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Laura Cornett** | v. | **UNITED AIRLINES** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC       ☐ _____ on **May 10, 2017**
                       *Name of FEPA*            *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver        ☐ FEPA waives

☐ No waiver requested           ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Travis G. Hicks, Director** | *Travis G. Hicks* |

| **Laura Cornett** | v. | **UNITED AIRLINES** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☑ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Lowell Keig, Director** | *LaKeig* |

TO: **San Antonio Field Office**
**5410 Fredericksburg Rd**
**Suite 200**
**San Antonio, TX 78229**

Date **MAY 24 2017**
EEOC Charge No.
**451-2017-01817**
FEPA Charge No.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 451-2017-01817 |

Texas Workforce Commission Civil Rights Division and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Laura Cornett | (512) 923-6160 | 1952 |

Street Address: 14501 Falcon Head Blvd, #46, Austin, TX 78738

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (512) 530-5919 |

Street Address: 3600 Presidential Blvd, #105, Austin, TX 78719

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-18-2016    Latest: 10-18-2016
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked for above named Respondent for 29 years as a Customer Service Employee without a single mark against my employment record. In September 2016 I was accused of violating Respondent's Ethics and Compliance Policy. It was alleged I provided illegitimate upgrades and out-of-policy changes whereby I waived fare differences and changed fees for friends.

Respondent convened a meeting on October 18, 2016 and concluded that I had committed the alleged infractions without any supportive evidence. I was 64 years old at the time of my discharge and I believe the actual reason for my employment termination was related to my age.

I believe I was discriminated against based on my age/64 and discharged from my position and the reason given was pretext in violation of the Age Discrimination Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5-14-2017  /s/ Laura Cornett
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)